```
                                        ✓ FILED        _____ RECEIVED
                                        _____ ENTERED _____ SERVED ON
                                                COUNSEL/PARTIES OF RECORD

                                             MAR 24 2021

                                        CLERK US DISTRICT COURT
                                        DISTRICT OF NEVADA
                                        BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-337-GMN-NJK |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| RONALD ALLEN CLASS, Jr., | |
| Defendant. | |

This Court finds Ronald Allen Class, Jr., pled guilty to Count One of a One-Count Criminal Indictment charging him with felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Criminal Indictment, ECF No. 6; Change of Plea, ECF No.32; Plea Agreement, ECF No.33.

This Court finds Ronald Allen Class, Jr., agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 6; Change of Plea, ECF No.32; Plea Agreement, ECF No. 33.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which Ronald Allen Class, Jr., pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1) and is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. a Remington Model 11 12 gauge semi-automatic shotgun bearing serial number P145350M; and

1    2.  any and all compatible ammunition

2  (all of which constitutes property).

3        This Court finds that on the government's motion, the Court may at any time enter

4  an order of forfeiture or amend an existing order of forfeiture to include subsequently

5  located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and

6  32.2(b)(2)(C).

7        This Court finds the United States of America is now entitled to, and should, reduce

8  the aforementioned property to the possession of the United States of America.

9        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

10  DECREED that the United States of America should seize the aforementioned property.

11        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

12  rights, ownership rights, and all rights, titles, and interests of Ronald Allen Class, Jr., in the

13  aforementioned property are forfeited and are vested in the United States of America and

14  shall be safely held by the United States of America until further order of the Court.

15        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

16  of America shall publish for at least thirty (30) consecutive days on the official internet

17  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

18  describe the forfeited property, state the time under the applicable statute when a petition

19  contesting the forfeiture must be filed, and state the name and contact information for the

20  government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6)

21  and 21 U.S.C. § 853(n)(2). In the alternative, if the value of the property is less than $1,000,

22  the government may instead serve every person reasonably identified as a potential claimant

23  in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp.

24  Rule G(4)(a)(i)(A).

25        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

26  or entity who claims an interest in the aforementioned property must file a petition for a

27  hearing to adjudicate the validity of the petitioner's alleged interest in the property, which

28  petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

1 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

2 right, title, or interest in the forfeited property and any additional facts supporting the

3 petitioner's petition and the relief sought.

4     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

5 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

6 Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

7 not sent, no later than sixty (60) days after the first day of the publication on the official

8 internet government forfeiture site, www.forfeiture.gov.

9     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

10 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

11 Attorney's Office at the following address at the time of filing:

12     Daniel D. Hollingsworth
    Assistant United States Attorney
13     James A. Blum
    Assistant United States Attorney
14     501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101.

15

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

17 described herein need not be published in the event a Declaration of Forfeiture is issued by

18 the appropriate agency following publication of notice of seizure and intent to

19 administratively forfeit the above-described property.

20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

21 copies of this Order to all counsel of record.

22     DATED _March 24_, 2021.

23

24

25     _____
26     GLORIA M. NAVARRO
    UNITED STATES DISTRICT JUDGE

27

28