RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Ronald Allen Class, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-337-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| RONALD ALLEN CLASS, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Ronald Allen Class, Jr., that the Sentencing Hearing currently scheduled on September 8, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to review the presentencing report with Mr. Class and prepare sentencing arguments.

2.     The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 31st day of August, 2021.

RENE L. VALLADARES                        CHRISTOPHER CHIOU
Federal Public Defender                      Acting United States Attorney


      */s/ Andrew Wong*                           */s/ Daniel J. Cowhig*
By_____        By_____
ANDREW WONG                              DANIEL J. COWHIG
Assistant Federal Public Defender         Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

RONALD ALLEN CLASS, JR.,

       Defendant.

Case No. 2:20-CR-337-GMN-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, September 8, 2021 at 10:00 a.m., be vacated and continued to Wednesday, November 3, 2021, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

    DATED this 31 day of ___August___, 2021.

_____

UNITED STATES DISTRICT JUDGE

3