# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RONALD ALLEN CLASS, JR.,<br><br>        Defendant. | Case No.: 2:20-cr-00337-GMN-NJK<br><br>**ORDER**<br>[Docket No. 52] |

Pending before the Court is Defendant's motion for a copy of his judgment of conviction and a copy of his docket sheet. Docket No. 52. The United States responds that Defendant can request the documents through his counselor or unit team at the Bureau of Prisons. Docket No. 53. Since Defendant can obtain the requested documents at his correctional institution, his motion for copies is **DENIED**. Docket No. 52.

IT IS SO ORDERED.

Dated: July 18, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1