# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

RONALD ALLEN CLASS, JR.,

      Defendant.

Case No. 2:20-cr-00337-GMN-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, March 12, 2026 at 11:00 a.m., be vacated and continued to ＿June 26, 2026＿ at the hour of 9:00 a.m.; or to a time and date convenient to the court.

    DATED this ＿9＿ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

1