RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org
Attorney for Ronald Allen Class, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00337-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| RONALD ALLEN CLASS, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha Matthews, Assistant Federal Public Defender, counsel for Ronald Allen Class, Jr., that the Revocation Hearing currently scheduled on June 26, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    The parties need additional time to prepare for the hearing and engage in negotiations.

2.    The defendant is in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 22nd day of June, 2026.


RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                     Acting Attorney General


By */s/ Keisha Matthews*                     By *Daniel Cowhig*
KEISHA MATTHEWS                             DANIEL J. COWHIG
Assistant Federal Public Defender           Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00337-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD ALLEN CLASS, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 26, 2026 at 9:00 a.m., be vacated and continued to  October 7, 2026   at the hour of 9:30 a.m.


DATED this __23__ day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE