RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org
Attorney for Ronald Allen Class, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD ALLEN CLASS, JR.,

Defendant.

Case No. 2:20-cr-00337-GMN-NJK

**STIPULATION TO CONTINUE REVOCATION HEARING**
(Third Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha Matthews, Assistant Federal Public Defender, counsel for Ronald Allen Class, Jr., that the Revocation Hearing currently scheduled on October 7, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for the hearing and engage in negotiations.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 5th day of October, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Attorney General |
| By */s/ Keisha Matthews*<br>KEISHA MATTHEWS<br>Assistant Federal Public Defender | By *Daniel Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD ALLEN CLASS, JR.,

Defendant.

Case No. 2:20-cr-00337-GMN-NJK

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 7, 2026 at 9:30 a.m., be vacated and continued to January 5, 2027 at the hour of 10:00 a.m.

DATED this 5 day of October, 2026.

UNITED STATES DISTRICT JUDGE